1   Phillip J. Eskenazi (SBN 158976)
    peskenazi@hunton.com
2   Kirk A. Hornbeck (SBN 241708)
    khornbeck@hunton.com
3   **HUNTON & WILLIAMS LLP**
    550 South Hope Street, Suite 2000
4   Los Angeles, California  90071-2627
    Telephone: (213) 532-2000
5   Facsimile:  (213) 532-2020

6   Attorneys for Defendant
    LOWE'S HIW, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  MARILYN PORTER, individually and          Case No.: 2:10-cv-06903-MMM (JCGx)
    on behalf of other members of the
12  general public similarly situated,
                                               **DECLARATION OF STEVEN B.**
13              Plaintiff,                      **PROCTOR IN SUPPORT OF**
                                               **DEFENDANT LOWE'S HIW INC.'S**
14  v.                                         **MOTION FOR SUMMARY**
                                               **JUDGMENT**
15
    LOWE'S HIW, INC., a Washington             Date:        July 18, 2011
16  Corporation; and DOES 1 through 100,       Time:        10:00 a.m.
    inclusive,                                 Courtroom:   780
17
                Defendant.
18                                             *[Motion for Summary Judgment, Statement*
                                               *of Uncontroverted Facts and Conclusions*
19                                             *of Law, Declaration of Srinivas*
                                               *Kannepalli, and [Proposed] Order filed*
20                                             *concurrently herewith]*

21
                                               Action filed:   August 4, 2010
22                                             Trial Date:     November 15, 2011

23

24

25

26

27

28

**Hunton & Williams LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

**Hunton & Williams LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1     **<u>DECLARATION OF STEVEN B. PROCTOR</u>**

2     I, Steven B. Proctor, declare:

3     1.     Lowe's HIW, Inc. ("Lowe's") owns and operates home improvement

4 retail stores in the Western United States.  It is a subsidiary of Lowe's Companies,

5 Inc.  I serve as Director of Human Capital Management Systems for Lowe's

6 Companies, Inc.  The matters stated in this declaration are true of my own knowledge,

7 except as to those matters that are stated on information and belief, and as to those

8 matters I believe them to be true.  I submit this declaration in support of Lowe's

9 Motion for Summary Judgment.

10     2.     In my capacity as Director of Human Capital Management Systems for

11 Lowe's Companies, Inc., I am familiar with Lowe's computer systems that contain

12 payroll and hours worked data.

13     3.     Lowe's uses a centralized system called PeopleSoft to maintain both

14 current and historical hours and payroll data and to generate payroll for each pay

15 cycle.  PeopleSoft captures or generates such data, as the case may be, at or near the

16 time that the recorded act, event, or condition occurred, and maintains such data in a

17 consistent manner, according to a set procedure, in the regular course of Lowe's

18 business.

19     4.     For all of Lowe's California stores, PeopleSoft maintains, among other

20 things:  (a) employee status information (*e.g.*, full or part time); (b) the days on which

21 each hourly employee works; (b) the total number of hours each employee works per

22 day; (c) earnings information, including information on overtime compensation; and

23 (d) other information relevant to payroll, such as employee vacation and sick time

24 balances.

25     5.     For hourly (non-exempt) employees in California, Lowe's PeopleSoft

26 system automatically credits employees who work all seven days in one Lowe's

27 workweek (*i.e.*, Saturday through Friday) with an overtime premium for each hour

28 worked on that seventh day.

1

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1    6.    Lowe's PeopleSoft system can generate both standardized and

2  customizable reports on demand based on the current and historical electronic payroll

3  and hours data it maintains.

4    7.    I have reviewed Lowe's PeopleSoft system records for Plaintiff Marilyn

5  Porter ("Plaintiff"), which make clear that Plaintiff never worked all seven days in a

6  Lowe's workweek between June 11, 2009 and July 2, 2010.  Attached as Exhibit A is

7  a true and correct copy of Plaintiff's time records from PeopleSoft for the pay periods

8  beginning May 30, 2009, and ending July 9, 2010.

9    8.    Attached as Exhibit B is a true and correct copy of Plaintiff's payroll

10  information from PeopleSoft for the pay periods beginning May 30, 2009, and ending

11  July 9, 2010.

12    I declare under penalty of perjury under the laws of the United States of

13  America that the foregoing is true and correct.

14    Executed this 23 day of March, 2011, at Mooresville, North Carolina.

15

16    By: _____

17    STEVEN B. PROCTOR

...

2

23797.000660 EMF_US 34586978v2
DECLARATION OF STEVEN B. PROCTOR
IN SUPPORT OF DEFENDANT LOWE'S HIW, INC.'S MOTION FOR SUMMARY JUDGMENT