1  Phillip J. Eskenazi (SBN 158976)
   peskenazi@hunton.com
2  Kirk A. Hornbeck (SBN 241708)
   khornbeck@hunton.com
3  **HUNTON & WILLIAMS LLP**
   550 South Hope Street, Suite 2000
4  Los Angeles, California  90071-2627
   Telephone: (213) 532-2000
5  Facsimile:  (213) 532-2020

6  Attorneys for Defendant
   LOWE'S HIW, INC.
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| MARILYN PORTER, individually and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC., a Washington Corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No.: 2:10-cv-06903-MMM (JCGx)<br><br>**DECLARATION OF SRINIVAS KANNEPALLI IN SUPPORT OF DEFENDANT LOWE'S HIW, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         July 18, 2011<br>Time:        10:00 a.m.<br>Courtroom:  780<br><br>*[Motion for Summary Judgment; Statement of Uncontroverted Facts and Conclusions of Law; Declaration of Steven B. Proctor; and [Proposed] Order filed concurrently herewith]*<br><br>Action filed:  August 4, 2010<br>Trial Date:    November 15, 2011 |

## DECLARATION OF SRINIVAS KANNEPALLI

I, Srinivas Kannepalli, declare:

1. I am the Area Human Resources Manager for District 1102 for Defendant Lowe's HIW, Inc. ("Lowe's"). The matters stated in this declaration are true of my own knowledge, except as to those matters that are stated on information and belief, and as to those matters I believe them to be true. I submit this declaration in support of Lowe's Motion for Summary Judgment.

2. In my capacity as an Area Human Resources Manager for Lowe's, I am familiar with Lowe's policies and practices with respect to paying its non-exempt employees overtime.

3. Lowe's has a written policy and a practice of requiring all non-exempt employees to be paid any overtime compensation to which they are entitled. Attached as Exhibit A is a true and correct copy of Lowe's Policy 204 ("Hours Reporting"), which provides that non-exempt employees must be paid all overtime in accordance with state law.

4. Lowe's Policy 204 ("Hours Reporting"), attached hereto as Exhibit A, also defines Lowe's workweek as running from 12:00 a.m. on Saturday through 11:59 p.m. on Friday. This policy has been in effect at all times since June 11, 2009.

5. From March 26, 2004 to July 2, 2010, Plaintiff Marilyn Porter was a non-exempt employee at Lowe's Central Long Beach store.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of March, 2011, at Lowe's of Victorville, California.

By: /s/ Srinivas Kannepalli
SRINIVAS KANNEPALLI

---

1

DECLARATION OF SRINIVAS KANNEPALLI
IN SUPPORT OF DEFENDANT LOWE'S HIW, INC.'S MOTION FOR SUMMARY JUDGMENT

23797.000660 EMF_US 34389742v1