# EXHIBIT A

**EXHIBIT A**



**HIW Inc.**

# Human Resources Management Guide

| Section: | COMPENSATION AND BENEFITS | Policy Number: | 204 |
|---|---|---|---|
| Subject: | HOURS REPORTING *Including timekeeping, training, travel, and inventory hours.* | Revision Date: | 6/1/06 |
| | | Total Pages: | 4 |

I. **Policy Summary** - *Refer to V. Definitions for any word in* italics.

> A. The Company's policy is to give all employees credit for all *hours worked* and to pay *overtime* to *non-exempt* employees who work over 40 hours in one *workweek*.
> B. For hourly employees - *hours worked* are included in *overtime* calculations while *hours paid, but not worked,* are not included in *overtime* calculations. For additional overtime requirements see Section VII. Special State Requirements.
> C. The schedule of work days and work hours for employees varies by location and is determined by management. See HR Guide, #320 Scheduling - Stores.
> D. <u>Training hours</u> spent on Company required training, both in and out of the location, must be counted as *hours worked* and reported immediately. See Section VI. Training/travel hours.
> E. <u>Travel hours</u> as defined in Section VI, will be counted as *hours worked*.
> F. (REV) All *hourly* employees at all locations must keep a record of time worked and benefit hours taken using the timekeeping system available at that location. Salaried employees must report all benefit hours taken and verify the record of hours worked each week to Payroll through the location or CSC department Payroll Administrator.
> G. Employees who perform work and do not accurately report all their hours or who work without the knowledge and permission of their supervisor will be subject to disciplinary action up to and including termination.
> H. Any employee who feels hours have not been reported accurately should advise their Location Manager or CSC Department Manager. If satisfactory action is not taken immediately the employee should contact Corporate Human Resources at 800-400-4104 or at 800-784-9592.
> I. All scheduled hours not worked, benefit hours or days paid and tardies must be recorded on the Attendance History cards, #90601.

II. **Purpose**
To ensure employees are credited for all hours worked.

III. **Scope**
This policy applies to all employees.

**Human Resources Management Guide - 204 (continued)**

**Section: COMPENSATION AND BENEFITS**
**Subject: HOURS REPORTING**

## IV. Responsibility

Location Managers, Administrative Managers and Location HR Managers, and CSC Managers are responsible for ensuring all *hours worked* are recorded and reported for all employees.

## V. (REV) Definitions

*Hourly* - paid by the hour

**Hours paid, but not worked** - include any approved absences with pay such as vacation, holiday, sick pay, funeral pay, jury duty pay, and approved compensatory hours.

**Hours worked** - for *hourly* (H) and *salaried* (S) employees:
- normal working hours, authorized rest breaks (usually 15 minutes or less)
- attendance at company meetings, certain training and travel hours (see Section VI. and HR Guide #305, Employee Training)
- and any other time the employee performs work-related duties at the request and with the knowledge of their supervisor

**Lowe's Timekeeper** - automated timekeeping system (Campbell Time and Attendance, Teletime and Kronos)

**Non-exempt** - typically, *hourly* employees eligible for *overtime*

**Overtime** - *hours worked* in excess of forty (40) hours during the workweek will be paid to non-exempt employees (typically hourly), or as may be otherwise required by state law

**Teletime** - telephone based timekeeping system at the Customer Support Center (CSC)

**"Working off the clock"** - *hours worked* by *non-exempt* employees that are not paid. The Company will discipline up to and including termination any supervisor or manager found to be requiring or allowing employees to work and not be paid.

**Workweek** - Unless otherwise specified, the Company *workweek* runs from 12:00 am Saturday through 11:59 PM Friday.

Human Resources Management Guide - 204 (continued)
Section: COMPENSATION AND BENEFITS
Subject: HOURS REPORTING

## VI. Training/Travel hours

A. *Training hours* - time spent on Company required training, both in and out of the location, must be counted as *hours worked*.
   1. Company required training is defined as training that Lowe's requires or permits its employees to take during their normal working hours and is typically provided at the employee's normal work site. All Company required training must be approved by management and generally is designed to improve an employee's ability to perform in his/her current zone. With Company authorization, required training may occur at off-site seminars or another Lowe's location or may consist of materials designed to prepare an employee for a different job.
   2. Training materials are normally used in the location training area. Employees must obtain prior approval from Lowe's management and must sign the AGREEMENT FOR VOLUNTARY, OFF-DUTY USE OF COMPANY TRAINING MATERIALS (see HR Guide #305) before removing printed material from the training area. Employees may not remove from the location for *personal training* any training material developed for their current job.

B. *Personal training* - time spent in attendance at lectures, meetings, training programs, and similar activities on a voluntary basis and outside of an employee's normal working hours. *Personal training* is not counted as *hours worked* if **all four** criteria below are met:
   1. attendance at such training is outside of the employee's regular working hours
   2. attendance at such training is, in fact, voluntary
   3. the course, lecture, meeting or training activity is not directly related to the employee's job
   4. the employee does not perform any productive work for the Company during attendance at such training.

C. *Travel hours* - will be counted as *hours worked* if any of the following conditions are met:
   1. Work is performed while traveling, whether by public or private transportation
   2. Travel is all in a day's work, such as from job to job
   3. Travel away from the home community, as a passenger (by public or private transportation), during the normal hours worked by the employee, regardless of the day of the week
   4. Anytime an employee personally does the driving while on Company business, regardless of the time or day of week.
      - Home to work travel – normal travel to and from work is not *hours worked*
      - Home to work travel on a special assignment in another city – any commute time above the normal commute, is counted as *hours worked*. For example, if the current commute time is 30 minutes and the special assignment commute time is 60 minutes, 30 minutes of *hours worked* due to commute time should be paid. If the normal commute time is 30 minutes and the special assignment commute time is 30 minutes, no *hours worked* due to commute time should be paid.

D. *Personal travel time* - travel as a passenger outside normal work hours and extra travel time caused by an employee's decision to drive instead of taking public transportation. *Personal travel time* is not counted as *hours worked*.

Human Resources Management Guide - 204 (continued)

Section: COMPENSATION AND BENEFITS
Subject: HOURS REPORTING

## VII. Special State Wage and Hour Requirements

State requirements are subject to changes in state laws.

| California |
|---|
| **(REV)** Employees required to stay on the premises for lunch, such as night stocking crews, must be compensated for lunch. |